825 A.2d 1137

IN THE MATTER OF JOSEPH E. POVEROMO, AN ATTORNEY AT LAW (ATTORNEY NO. 034721988).

June 25, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–400, concluding that **JOSEPH E. POVERO-MO** of **HACKENSACK**, who was admitted to the bar of this State in 1988, should be reprimanded based on his conviction of the fourth-degree crime of contempt, in violation of *N.J.S.A.* 2C:29–9b, conduct in violation of *RPC* 8.4(b) (commission of a criminal act that reflects adversely on an attorney's fitness as a lawyer), and good cause appearing;

It is ORDERED that **JOSEPH E. POVEROMO** is hereby reprimanded; and it is further;

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.